THIS ORDER IS APPROVED.

Dated: November 15, 2010



_____
**JAMES M. MARLAR**
Chief Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-27942

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Daniel McKeon and Dalna McKeon<br>      Debtors.<br>_____<br>Chase Home Finance LLC<br>      Movant,<br>  vs.<br><br>Daniel McKeon and Dalna McKeon, Debtors,<br>Diane C. Kerns, Trustee, Trustee.<br><br>      Respondents. | No. 4:09-bk-14639-JMM<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #28) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 26, 2006 and recorded in the office of the Pima County Recorder wherein Chase Home Finance LLC is the current beneficiary and Daniel McKeon and Dalna McKeon have an interest in, further described as:

> LOT 35 OF AVRA VISTA, A SUBDIVISION OF PIMA COUNTY, ARIZONA, ACCORDING TO THE MAP OR PLAT THEREOF OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PIMA COUNTY, ARIZONA, IN BOOK 59 OF MAPS AND PLATS AT PAGE 51 THEREOF.
>
> EXCEPT ALL COAL AND OTHER MINERALS AS RESERVED IN THE PATENT FROM THE UNITED STATED OF AMERICA, RECORDED IN BOOK 251 AT PAGE 174.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.